**Abatement Order filed December 8, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00157-CR

_____

**TYREN CHEDALE ALLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1583342**

## ABATEMENT ORDER

The State has filed a motion to dismiss this appeal for want of jurisdiction or, alternatively, abate the appeal for clarification by the trial court of the appellant's right of appeal. Appellant has not filed a response.

On July 17, 2020, this court notified the parties that the record reflected we lacked jurisdiction over the appeal. Appellant timely filed a motion, referring this court to the trial court's corrected certification of the defendant's right of appeal.

The State filed no response to our notification or appellant's motion. On August 13, 2020, this court granted appellant's motion based upon the corrected certification. The State's motion contends the second certification is, in fact, incorrect.[1]

Because the record before this court contains conflicting certifications of the defendant's right of appeal, we grant the State's alternative request. Accordingly, we abate this appeal and remand the cause to the trial court for entry of an amended certification clarifying appellant's right of appeal. *See* Tex. R. App. P. 25.2(f). A supplemental clerk's record containing the trial court's amended certification shall be filed with this Court within thirty days of the date of this order. *See* Tex. R. App. P. 25.2(d), 34.5(c)(2), 37.1.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's amended certification is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Poissant.

---

[1] The appeal in appellant's companion case, trial court cause number 1619166 and appeal number 14-20-00158-CR, was dismissed for lack of jurisdiction because appellant waived his right of appeal pursuant to a plea bargain agreement.